GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

```
                                   ___ FILED          ___ LODGED
                                   ___ RECEIVED       ___ COPY

                                       OCT 2 2 2024

                                   CLERK U S DISTRICT COURT
                                   DISTRICT OF ARIZONA
                                   BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Gerardo Loya,<br><br>    Defendant. | No.  CR-24-1741-PHX-SPL (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a),<br>and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(viii)<br>(Distribution of Methamphetamine)<br>Count 2<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(vi)<br>(Distribution of Fentanyl)<br>Count 3<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Possession, Use, and Carrying<br>of a Firearm During a Drug<br>Trafficking Crime)<br>Counts 4 and 6<br><br>21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(C)<br>(Distribution of Cocaine)<br>Count 5<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or between May 23, 2024, and August 29, 2024, in the District of Arizona, Defendant GERARDO LOYA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about June 5, 2024, in the District of Arizona, Defendant GERARDO LOYA did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

On or about June 12, 2024, in the District of Arizona, Defendant GERARDO LOYA did knowingly and intentionally distribute 400 grams or more of a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 4

On or about June 12, 2024, in the District of Arizona, Defendant GERARDO LOYA did knowingly use and carry a firearm during and in relation to a drug trafficking offense, and did knowingly possess a firearm in furtherance of a drug trafficking offense, that is, Distribution of Fentanyl, as alleged in Count 3, a felony prosecutable in a Court of the United States.

- 2 -

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5

On or about July 2, 2024, in the District of Arizona, Defendant GERARDO LOYA did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about July 2, 2024, in the District of Arizona, Defendant GERARDO LOYA did knowingly use and carry a firearm during and in relation to a drug trafficking offense, and did knowingly possess a firearm in furtherance of a drug trafficking offense, that is, Distribution of Cocaine, as alleged in Count 5, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

- 3 -

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_S/_
FOREPERSON OF THE GRAND JURY
Date:  October 22, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

_S/_
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 4 -